1
2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs
6
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11

12   This Document Relates to:                    )
                                                  )
13   *Dean Fowler v. Pfizer Inc, et al.*          )   **MDL NO. 1699**
     (07-3286 CRB)                                )   **District Judge: Charles R. Breyer**
14                                                )
     *Orlando Archunde v. Pfizer Inc, et al.*     )
15   (07-3337 CRB)                                )
                                                  )
16   *Carroll Stith, et al. v. Pfizer Inc, et al.* )   **STIPULATION AND ORDER OF**
     (07-3338 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                                )
     *Jessie Johnston v. Pfizer Inc, et al.*      )
18   (07-3548 CRB)                                )
                                                  )
19   *Verna Weese, et al. v. Pfizer Inc, et al.*  )
     (07-3910 CRB)                                )
20                                                )
     *Renee Klepps, et al. v. Pfizer Inc, et al.* )
21   (07-4153 CRB)                                )
                                                  )
22   *Karen James v. Pfizer Inc, et al.*          )
     (07-4740 CRB)                                )
23                                                )
     *Patricia D. Smith, et al. v. Pfizer Inc, et al.* )
24   (07-4741 CRB)                                )
                                                  )
25   *Emma-Ling Francis v. Pfizer Inc, et al.*    )
     (07-4742 CRB)                                )
26                                                )
     *Homer Swift, et al. v. Pfizer Inc, et al.*  )
27   (07-4743 CRB)                                )
                                                  )
28   *Louise Kreft, et al. v. Pfizer Inc, et al.* )

                              -1-

EAST\42585061.1

1    (07-4744 CRB)             )

2    *Joseph Fernald v. Pfizer Inc, et al.*    )
     (07-4745 CRB)             )

3                               )
   *Scott Cruver v. Pfizer Inc, et al.*    )

4    (07-5000 CRB)             )

5    *Nancy Cattanach v. Pfizer Inc, et al.*    )
     (07-5001 CRB)             )

6                               )
   *Sarah Fredricks, et al. v. Pfizer Inc, et al.*    )

7    (07-5002 CRB)             )

8    *Georgia McNeal v. Pfizer Inc, et al.*    )
     (08-4024 CRB)             )

9

10       Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

11 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

12 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

13 each side bearing its own attorneys' fees and costs.

14

15

16      DATED: 10-29, 2009     By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

17                             **WEITZ & LUXENBERG, PC**

18                             700 Broadway
                            New York, New York 10003

19                             Telephone: 212-558-5000
                            Facsimile: 212-344-5461

20                             *Attorneys for Plaintiffs*

21      DATED: Nov. 2, 2009     By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

22

23                             **DLA PIPER LLP (US)**
                            1251 Avenue of the Americas

24                             New York, New York 10020
                            Telephone: 212-335-4500

25                             Facsimile: 212-335-4501

26                             *Defendants' Liaison Counsel*

27

28

                           -2-

EASTW2585061.1

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2

3

Dated: ___NOV 1 3 2009___

4

Hon. Charles R. Breyer
United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42585061.1